No. 41799.—Protest 942171–G of V. Gurge (New York).

Opinion by BROWN, J. Counsel agreed that the merchandise is not a synthetic tanning material but a mixture consisting in part of one of the products, naphthalene, provided for in paragraph 27 (a) (1). The claim at 7 cents per pound and 40 percent ad valorem was therefore sustained.